## COMMONWEALTH *vs.* ZEBINA S. GRAY.

In a complaint for an assault and battery, it is a sufficient description of the party injured, to allege that the offence was committed " in and upon the body of Mary R., wife of the complainant."

THE defendant was tried in the court of common pleas, upon a complaint brought into that court by appeal from a

justice of the peace, for an assault and battery on the wife of the complainant, Moses M. Sweetser. Being convicted, he moved in arrest of judgment, on the ground, that there was no sufficient averment in the complaint of the person or the name of the person, upon whom the assault was alleged to have been committed.

It was alleged, in the complaint, that the offence was committed "in and upon the body of Mary R. wife of the complainant, in the peace of the commonwealth then and there being." The complaint purported to be signed by Moses M. Sweetser.

This motion was overruled, and the defendant excepted.

*A. Huntington,* district attorney, for the commonwealth.

There was no appearance for the defendant.

*Exceptions overruled.*